Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for Sallie Mae, Bank (erroneously sued as Sallie Mae, Inc.)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS HARPER, an individual; TYLER HARPER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXEPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company;<br><br>Defendants. | Case No. 2:22-cv-02064<br><br>**ORDER TO EXTEND DEFENDANT SALLIE MAE, BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)** |

The current deadline for Defendant Sallie Mae Bank (erroneously sued as Sallie Mae, Inc.) ("SMB"), to respond to Plaintiffs Douglas Harper and Tyler Harper's complaint is January 4, 2023. Defendant SMB has requested and Plaintiff has agreed, that SMB shall have up to and including January 18, 2023, to respond to Plaintiffs' complaint. This brief extension is to provide time for SMB to investigate Plaintiffs' allegations (including whether the proper defendant was named), and for the parties to discuss a potential early resolution of claims asserted against SMB.

/ / /

/ / /

/ / /

1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  January 4, 2023                                                            Dated: January 4, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**                                           **SPENCER FANE LLP**

By:   */s/ Kevin L. Hernandez*                          By:   */s/ Jessica E. Chong*
        Kevin L. Hernandez (NV Bar No. 12594)              Jessica E. Chong, Esq. NV Bar No. 13845
        8920 W. Tropicana Avenue, Suite 101                300 S. Fourth Street, Suite 950
        Las Vegas, NV 89147                                             Las Vegas, NV 89101
        *Attorneys for Plaintiffs Douglas Harper             Attorneys for Sallie Mae, Inc.*
        *and Tyler Harper*

### ORDER

IT IS SO ORDERED.

Dated this _ 5th _ day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

DN 7331935.1