Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: jchong@spencerfane.com

*Attorneys for Sallie Mae Bank (erroneously sued as Sallie Mae, Inc.)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HARPER, an individual; TYLER HARPER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXEPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company;<br><br>Defendants. | Case No. 2:22-cv-02064-JAD-NJK<br><br>**ORDER TO EXTEND DEFENDANT SALLIE MAE, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)** |

The current deadline for Defendant Sallie Mae, Inc., to respond to Plaintiffs Douglas Harper and Tyler Harper's complaint is January 18, 2023 [ECF No. 8]. Defendant Sallie Mae, Inc. has requested, and Plaintiffs have agreed, that Sallie Mae, Inc. shall have up to and including January 25, 2023, to respond to Plaintiffs' complaint. This additional time is needed because upon information and belief, the correct defendant should be Sallie Mae Bank, which is a separate and distinct entity from Sallie Mae, Inc. (now known as Navient Solutions, LLC). This brief extension will allow Plaintiffs to determine if they sued the correct entity and file an amended complaint.

/ / /

/ / /

1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 18, 2023								Dated: January 18, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**					**SPENCER FANE LLP**

By: /s/ Kevin L. Hernandez						By: */s/*Jessica E. Chong
Kevin L. Hernandez (NV Bar No. 12594)				Jessica E. Chong, Esq. NV Bar No. 13845
8920 W. Tropicana Avenue, Suite 101					300 S. Fourth Street, Suite 950
Las Vegas, NV 89147							Las Vegas, NV 89101
*Attorney for Plaintiffs Douglas Harper*				*Attorneys for Sallie Mae Bank*
*and Tyler Harper*							*(erroneously sued as Sallie Mae, Inc.).*

### ORDER

IT IS SO ORDERED.

Dated this __19th__ day of January, 2023.

_____
United States Magistrate Judge

2

DN 7331935.1