DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: donna.wittig@akerman.com

*Attorneys for Sallie Mae Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HARPER, an individual; TYLER HARPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:22-cv-02064-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 23 |

Douglas Harper and Tyler Harper, plaintiffs, and Salle Mae Bank, defendant, by and through their respective counsel of record, stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure following the parties' settlement in the arbitration.

DATED February 7th, 2024.

| **AKERMAN LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Kevin L. Hernandez* |
| DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Sallie Mae Bank* | KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8290 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br><br>*Attorneys for Douglas Harper and Tyler Harper* |

{74065226;1}

**ORDER**

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2024